| |
|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**ATTORNEY APPEARANCE FORM** |
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. |

| | |
|---|---|
| In the Matter of:<br>Christopher Wilks   v. Cook County, et al., | Case Number:   07 CV 6777 |
| | Judge:   Leinenweber |
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: | |
| County of Cook, Officer Dugger and Officer Wood | |

| |
|---|
| SIGNATURE   /s/ Michael L. Gallagher ARDC# 6281432 |
| FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS   RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500 |
| CITY/STATE/ZIP   CHICAGO, IL 60602 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6281432 | TELEPHONE NUMBER<br>(312) 603-3124 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒<br>NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐<br>NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐<br>NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒<br>NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |