**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WILKS, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6777 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Harry D. Leinenweber |
| COOK COUNTY; | ) | |
| Officer W. WOODS, Star 3471; and | ) | Magistrate Judge Keys |
| Officer J. DUGGER, Star 4328; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Lawrence V. Jackowiak
       Law Offices of Lawrence V. Jackowiak
       20 North Clark Street, Suite 1700
       Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on **March 8, 2008**, I caused to be filed with the federal clerk in the United States District Court for the Northern District, Illinois, Eastern Division the attached Defendants' Answer to Plaintiff's Complaint

                               RICHARD A. DEVINE
                               STATE'S ATTORNEY OF COOK COUNTY

              By:   /s/ Michael L. Gallagher
                    Michael L. Gallagher
                    Assistant State's Attorney
                    500 Richard J. Daley Center
                    Chicago, IL 60602
                    (312) 603-3124
                    No. 6284132

**PROOF OF SERVICE**

   I, Michael L. Gallagher, Assistant State's Attorney, hereby certify that I served via U.S. mail the above notice, together with the documents referenced therein, to the Plaintiff's counsel listed above on March 8, 2008, 2008.

                               /s/ Michael L. Gallagher
                               Michael L. Gallagher